IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALAN DOERING**                                                                   **PLAINTIFF**
**ADC #106115**

**v.**           **Case No.: 5:13-cv-00148 KGB/HDY**

**CORIZON MEDICAL**
**SERVICES INC.** *et al.*                                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 43). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff Alan Doering's motion for preliminary injunction (Dkt. No. 42) is denied.

IT IS SO ORDERED THIS the 11th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE