**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ALAN DOERING**                                                                 **PLAINTIFF**
**ADC #106115**

**v.**                           **Case No.: 5:13-cv-00148 KGB/HDY**

**CORIZON MEDICAL
SERVICES INC.** *et al.*                                                         **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 36), and the objections filed by plaintiff Alan Doering (Dkt. Nos. 37, 38). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Mr. Doering's motion for treatment or separate evaluation of mental health (Dkt. No. 29) is denied without prejudice because at this point his allegations are conclusory and do not permit the Court to grant the immediate relief he seeks.

IT IS SO ORDERED THIS the 14th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE