IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN DOERING                                                                                                    PLAINTIFF
ADC #106115

v.                                            Case No.: 5:13-cv-00148 KGB/HDY

CORIZON INC. *et al.*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 57). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants' motions for summary judgment are granted (Dkt. Nos. 48, 51).

2. Plaintiff's complaint is dismissed without prejudice with respect to his claims against defendants Corizon Inc., Gaylon Lay, and Wendy Kelley.

3. Plaintiff's complaint is dismissed with prejudice with respect to his claims against defendant Shawn Richard.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS the 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE