**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ALAN DOERING**                                                                   **PLAINTIFF**
**ADC #106115**

**v.**                     **Case No.: 5:13-cv-00148 KGB/HDY**

**CORIZON INC.** *et al.*                                                  **DEFENDANTS**

## ORDER

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice with respect to plaintiff's claims against defendant Shawn Richard and without prejudice in all other respects. The relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS the 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE